UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| **ROBIN ELAINE GLOVER,** | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| vs. | |
| **COMMISSIONER OF SOCIAL SECURITY,** | CASE NO: 14-1187-STA-egb |
| Defendant. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Affirming the Decision of the Commissioner entered on September 1, 2017, the decision of the Commissioner is AFFIRMED.

APPROVED:

s/ S. Thomas Anderson
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

DATE: 9/1/2017

THOMAS M. GOULD
**Clerk of Court**

s/Maurice B. BRYSON

**(By) Deputy Clerk**